## Commonwealth ex rel. Dewees v. Dewees, Appellant.

Argued September 14, 1965. *Morris J. Dean,* with him *Samuel M. Rosenfeld,* for appellant; *Robert F. Maxwell,* for appellee.

Order affirmed.

FLOOD, J., absent.

## Commonwealth ex rel. Gill, Appellant, v. Myers.

Submitted September 13, 1965. *Calvin Gill,* appellant, in propria persona; *Philip M. Capone* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.